UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-12-045-3-JLQ |
| Plaintiff, ) | |
| vs. ) | ORDER RE: MOTION TO |
| ) | SEVER |
| JOSE LUIS GALICIAS-CAMACHO, ) | |
| Defendant. ) | |

The parties appeared on July 26, 2012, for a pretrial motion hearing. Mr. Galicias-Camacho was present, in custody, and represented by Assistant Federal Defender Matthew Campbell. Assistant United States Attorney Stephanie Lister appeared for the Government.

The only matter before the court was Defendant's joinder (ECF No. 71) in co-Defendant Mr. Gonzalez-Rodriguez' Motion to Sever. The Government had initially filed a written opposition to the Motion to Sever, but at the hearing agreed that severance would be appropriate. The parties were also in agreement that Defendant would be tried before Mr. Gonzalez-Rodriguez, and thus his trial date remains as set, on August 13, 2012. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Motion to Sever (ECF No. 61) is GRANTED. Mr. Galicias Camacho remains set for **jury trial on August 13, 2012 at 9:00 a.m in Spokane.**

ORDER - 1

2. Pretrial deadlines remain as previously set.  Requested jury instructions, requested jury voir dire, and trial briefs shall be filed no later than **noon on August 8, 2012.**

3. If the parties reach other resolution of this matter, they shall promptly inform the court.

**IT IS SO ORDERED.**  The Clerk shall enter this Order and furnish copies to counsel.

Dated this 26th day of July, 2012.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
   SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2