UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br><br>JOSE LUIS GALICIAS-<br>CAMACHO, aka Luis Alberto<br>Martinez-Franco,<br>            Defendant. | NO. CR-12-045-JLQ-3<br><br>**ORDER DECLARING MISTRIAL** |

On August 16, 2012, at 9:45 a.m. the jury advised that it was unable to reach a unanimous verdict on the Charge in the Indictment that Defendant, on or about April 30, 2012, did knowingly and intentionally possess with intent to distribute 5 or more kilograms of a mixture or substance containing cocaine.

The jury began its deliberations at approximately 10:30 a.m. on August 15, 2012, and continued deliberations until approximately 6:00 p.m., before being excused for the evening. The jury resumed deliberations at 8:00 a.m. on August 16, 2012. The jury then delivered a note to the court that it was unable to reach a verdict.

The jury was queried and all members agreed that the jury was deadlocked and further deliberations would not be fruitful. Accordingly, the court declared a mistrial.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(e), if there is to be any retrial, such trial shall commence within seventy days of the action occasioning the retrial. Pursuant to the stipulation of counsel, retrial of this matter is set for Monday, September 10, 2012 at 9 a.m., in Spokane, Washington.

ORDER - 1

1  Any future motions shall be served and filed on or before August 30, 2012
2  and shall be heard at the final pretrial conference on Friday, the 7th day of
3  September at 9 a.m.
4  **IT IS SO ORDERED** the Clerk shall enter this Order and deliver copies to
5  counsel.
6  **DATED** this 16th day of August, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2