# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| United States of America <br> v. <br> Luis Alberto Martinez Franco | ) ) ) ) Case No: 2:12-cr-00045-JLQ-3 <br> ) USM No: 14280-085 |
| Date of Original Judgment: 01/18/2013 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Meredith B. Esser and Andrea K. George <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ GRANTED IN PART and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months is reduced to __133 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/18/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12/14/2015__

Effective Date: _____
*(if different from order date)*

The Honorable Justin L. Quackenbush   Senior Judge, U.S. District Court
*Printed name and title*